1983 Form

# In the United States District Court
# For the Northern District of Alabama

U.S. DISTRICT COURT
N.D. OF ALABAMA

Bryan L. Sumerlin Jr

CV-16-HA-0725-M

(Enter above the full name(s) of the
plaintiff(s) in this action)

v

Warden Cedric Specks; Warden Estes
Cpt. G Malone; Sgt. R. Cook
Sgt. Murray; Sgt. Robinson
Lt. Demorris Taylor; Sgt. Dixon

(Enter above full name(s) of the
defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?     Yes ( )    No (X)

   B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiff(s): _____

         Defendant(s) _____

      2. Court (if Federal Court, name the district; if State Court, name the county)

         _____

      3. Docket Number _____

      4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement  St. Clair Corr. Facility (seg. unit)

   A. Is there a prisoner grievance procedure in this institution?
      Yes (X)   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No (X)

   C. If your answer is YES:

      1. What steps did you take? Wrote it up on plain white paper and still have not received a response

      2. What was the result? "Nothing"

      _____

   D. If your answer is NO, explain why not? They don't give inmates in seg. this type of paperwork-grievance - from what I was told.

      _____

III. Parties

In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) Bryan L. Summerlin Jr #236844 B-47

      _____

      Address St. Clair Corr. Fac. 1000 St. Clair Rd. Springville, Al 35146

- 2 -

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant Warden Cedric Specks
   is employed as Deputy Warden
   at St. Claire Corr. Facility

C. Additional Defendants Warden Estes - Head Warden St. Clair; Cpt. G. Malone @ St. Clair; Sgt. Robinson - seg. supervisor @ St. Clair; Sgt. Murray - seg. supervisor @ St. Clair; Demorris Taylor - Lieutenant @ St. Clair; & R. Cook - no longer employed at St. Clair.

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On 3-11-16 @ about 9pm I was detained in seg. unit but not in a cell. I had to sleep in a room on the floor which had no toilet or running water at all. "All" defendants mentioned had knowledge of this but failed to place me in proper cell until five days later - 3-16-16. During those five days I was allowed to sleep inside at night from 10pm - 5:30am then I'm ran outside with mattress; blanket even in the rain. During those days I had to endure sleeping & eating in conditions mentioned above but also with "No" bathroom breaks at all so I was defecating/urinating in the same area. "All" defendants above are aware of what I went through but nothing was done until Lt. Northcutt came back to work and he said, "Sumerlin you would be a fool if you don't file a lawsuit."

- 3 -

V.  RELIEF

State briefly ~~exactly~~ what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'm seeking the courts to do whatever the law requires in a matter such as this because I do not know what can be done.

$150,000 in punitive damages.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4-20-16
(date)

*Bryant Shorey Jr.* (signature)

Signature(s)

- 4 -